IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

LEONARD C. JEFFERSON

v.                                          C.A. No. 16-652-WES-PAS

ASHBEL T. WALL, ET AL.


PLAINTIFF'S REQUEST FOR CONFERENCE AND EXTENSION


Now comes Plaintiff, Leonard C. Jefferson -- pursuant to the instruction set forth in footnote 1 of this Court's April 26, 2017 Standard Pretrial Order, which instructs a party wishing to seek summary judgment, in matters before Judge Smith, to request a conference with the Court prior to filing a motion for summary judgment -- stating: (i) his intent to seek partial summary judgment to obtain a declaratory judgment which states the Defendants' actions violated Plaintiff's rights under RLUIPA and the Free Exercise Clause of the First Amendment; (ii) he requests the conference mandated by footnote 1 of the April 26, 2017 Standard Pretrial Order, in the event that this Court deems the conference to be necessary in this case; and (iii) he requests a reasonable extension of time (beyond what he believes to be a December 30, 2017 deadline) for filing his motion for summary judgment. This extension is necessary because Plaintiff will be denied access to the law library, and its photocopier, during the schedule changes that occur in this prison each year during the last two (2) weeks of December as officials and staff members celebrate Christmas and New Years.


Dated: December 14, 2017                    *Leonard C. Jefferson*
                                            LEONARD C. JEFFERSON, PRO SE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Plaintiff's Request for Conference and Extension was served upon the person named below by First Class U.S. Mail postage prepaid on this 14th day of December, 2017:

Thomas A. Palombo, Esq.
Department of Attorney General
150 South Main Street
Providence, RI 02903

*Leonard C. Jefferson*
Leonard C. Jefferson, Pro Se
58330 Maximum Security
P.O. Box 8273
Cranston, RI 02920-0273